ACCEPTED
14-17-00130-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/19/2017 6:43 AM
CHRISTOPHER PRINE
CLERK

## No. 14-17-00130-CR
In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/19/2017 6:43:25 AM
CHRISTOPHER A. PRINE
Clerk

─────────◆─────────

## No. 2118163
In County Criminal Court at Law No. 3
Of Harris County, Texas

─────────◆─────────

### AHMED SALAU
*Appellant*

v.

### THE STATE OF TEXAS
*Appellee*

─────────◆─────────

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

─────────◆─────────

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to Tex. R. App. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. Appellant was charged by information with displaying an identification certificate that was not issued to him. (CR – 10) Appellant was convicted by a jury and sentenced by the trial court to 350 days in the Harris County Jail. (CR – 97-98) Appellant timely filed notice of appeal and the trial court certified appellant's right of appeal. (CR – 127-29)

2. The State's brief was due December 13, 2017. This Court has previously granted three extensions of time for the State to file an appellate brief on September 15, 2017, October 13, 2017, and November 13, 2017. The undersigned attorney filed a motion requesting extension of time to file the State's appellate brief to Monday, December 18, 2017, which has not been ruled upon by this Court. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

    a. The undersigned attorney has been involved in the following appellate projects during which time the undersigned attorney was assigned State's appellate brief in this case:

        1) Kenneth Hawkins v. State of Texas
           No. 01-16-00879-CR
           Brief Submitted: September 13, 2017

        2) Andrew Kizer v. State of Texas
           No. 01-16-00937-CR
           Brief Submitted: September 30, 2017

        3) Jesus Rosales v. State of Texas
           No. 14-16-00766-CR
           No. 14-16-00764-CR
           Brief Submitted: October 5, 2017
           Submitted on Oral Argument: October 25, 2017
           **State intends to submit a post-submission brief, which has required extensive research and has interfered with completion of the appellate brief in this case

        4) Dylan Quick v. State of Texas
           No. 14-15-01066/0167/0168-CR

Brief Submitted: October 30, 2017
*set for submission on oral argument: January 23, 2018
*State intends to submit a reply brief in this case

5) William Marks v. State of Texas
PD – 0549/0550/0551-17
Brief on Discretionary Review Submitted: October 30, 2017

6) Jose Oliva v. State of Texas
PD – 0398-17
Submitted on Oral Argument: November 1, 2017

7) State of Texas v. Carlos Mora
Ex parte Carlos Mora
No. 01-17-00661-CR
No. 01-17-00662-CR
Brief Submitted: November 7, 2017

8) Evan Gamble v. State of Texas
No. 01-17-00405-CR
Brief Due: December 27, 2017

9) James Tinsley v. State of Texas
No. 01-17-00296-CR
Brief Due: January 3, 2018

b. The undersigned attorney has had to conduct legal research for and assist with questions from trial prosecutors. The undersigned attorney has had to attend meetings and in-house training, and has also had to appear in court for work-related purposes. Such activity has interfered with the undersigned attorney's ability to complete the appellate brief in this case.

c. The undersigned attorney fell ill unexpectedly, which interfered significantly with the undersigned

attorney's ability to complete the State's brief in this case. The undersigned attorney is beginning vacation leave on December 19, 2017, but is continuing to work diligently to complete and file the State's appellate brief in this case.

WHEREFORE, the State prays that this Court will grant an extension of time, to Wednesday, December 20, 2017, for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,

/s/ *Patricia McLean*
**PATRICIA MCLEAN**
Assistant District Attorney
Harris County, Texas
McLean_Patricia@dao.hctx.net
TBC No. 24081687

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by e-filing to:

Scott Pope
Attorney for Appellant
scott.pope@pdo.hctx.net

/s/ *Patricia McLean*
**PATRICIA MCLEAN**
Assistant District Attorney
Harris County, Texas
McLean_Patricia@dao.hctx.net
Date: December 19, 2017                    TBC No.24081687